FILED BY /s/ ___ D.C.

05 OCT 19 AM 10: 15

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D ___ MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY NAILOR,

    Defendant.

Case No.: 93-20260 D

ORDER ON MOTION TO COMPEL (DOCKET #282)

Before the Court is Defendant's Motion to Compel the Government to Comply with Cooperation Agreement and for Sentence Reduction. Upon review of the motion and upon consideration of the entire record, the Court finds that Defendant has not demonstrated cause for relief.

Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED this 18th day of October, 2005.

                              BERNICE BOUIE DONALD
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 283 in case 2:93-CR-20260 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Gary W. Lanker
LAW OFFICE OF GARY LANKER
3499 Crazyhorse Drive
Ste. 11
Memphis, TN 38118

Honorable Bernice Donald
US DISTRICT COURT